ETTA D. KOFFLER, Respondent, v. BURTON A. KOFFLER, Appellant.— Order unanimously modified by reducing the alimony to $17.50 per week and, as so modified, affirmed. The case should proceed expeditiously to trial. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

SI MANN, Respondent, v. VARIETY, INC., Appellant.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion to vacate denied as to items 9 to 16. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

TULLIO C. COLUSSO, an Infant, by His Guardian ad Litem, FERDINANDO COLUSSO, et al., Plaintiffs, v. REVEL REALTY & SECURITIES COMPANY, Defendant and Third Party Plaintiff-Appellant. HOOVER MANUFACTURING AND SALES COMPANY, Third Party Defendant-Respondent.— Order unanimously modified so as to provide that the dismissal of the third party complaint is without prejudice to service of another complaint or the bringing of another action for recovery over upon a showing of facts establishing a legal basis therefor and, as so modified, affirmed, without costs. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

GUNTHER JACOBSON, Appellant, v. JOSEPH V. McKEE, Respondent, et al., Defendants.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

LOUISE WOOD, Respondent, v. JOHN S. WOOD, Appellant.— Order unanimously modified by reducing the alimony to $225 per month and, as so modified, affirmed. · No opinion. Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

HEIGHTS DEMOCRATIC CLUB, INC., Respondent, v. GUY R. BREWER et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See 275 App. Div. 697.]

GEORGIA C. ARCHER et al., Appellants, v. ERNST OHMER et al., Respondents, et al., Defendants.— Order unanimously modified by allowing item 2 striking therefrom the words "without limitation" and, as so modified, affirmed, with $20 costs and disbursements to the appellants. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

In the Matter of the Estate of SAMUEL G. BUCHALTER, Deceased. GERTRUDE BUCHALTER, as Administratrix of the Estate of SAMUEL G. BUCHALTER, Deceased, Respondent; ESTHER SIDERMAN, Appellant.— Order unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

HUDSON HANDKERCHIEF MANUFACTURING CORP. v. PORTO RICAN EXPRESS COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ. [See ante, p. 509.]

NEW YORK POST CORPORATION v. MEDIA RECORDS, INC., et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ. [See ante, p. 981.]